This document was signed electronically on October 22, 2010, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 22, 2010



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

BK0906754
TJK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: | Case No. 09-16076 |
| Bruce Douglas LaBoe<br>Nora Rochelle LaBoe | Chapter 7 |
| | Judge Morgenstern-Clarren |
| Debtors | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR ORDER ABANDONING REAL ESTATE 146 TIMBERLANE DRIVE, ELYRIA, OH 44035** |

This matter came before the Court on the Motion for Order Abandoning Real Estate (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **52**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the

Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 146 Timberlane Drive Elyria, OH 44035.

###

SUBMITTED BY:

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0077062
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

William J. Balena, Esq. - Attorney for Debtors
511 Broad Street
Elyria, OH 44035
bbalena@me.com
VIA ELECTRONIC SERVICE

Erin A Jochim, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Bruce Douglas LaBoe - Debtor
5608 Edgewood Dr
Lorain, OH 44053
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Nora Rochelle LaBoe - Debtor
804 Thornwood Blvd
Elyria, OH 44035
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Marvin A. Sicherman - Trustee
100 Ohio Savings Plaza
1801 East 9th Street
Columbus, OH 44114-3169
msicherman@dsb-law.com
VIA ELECTRONIC SERVICE