Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**In re:**
   Bruce Douglas LaBoe
   Nora Rochelle LaBoe
   aka Nora R. Banks−

**Case No.:** 09−16076−pmc

**Chapter:** 7

**Address:**
   5608 Edgewood Dr
   Lorain, OH 44053

**Last four digits of Social Security No.:**
   xxx−xx−6713
   xxx−xx−9056

## DISCHARGE OF DEBTOR
## IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Dated:** November 4, 2010
Form ohnb234

/s/ Pat E. Morgenstern−Clarren
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

# EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharge Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. (In a case involving community property:) There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminated a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0647-1           User: gnunn                  Page 1 of 2                 Date Rcvd: Nov 04, 2010
Case: 09-16076                 Form ID: 234a                Total Noticed: 70

The following entities were noticed by first class mail on Nov 06, 2010.
db           +Bruce Douglas LaBoe,    5608 Edgewood Dr,    Lorain, OH 44053-3336
db           +Nora Rochelle LaBoe,    804 Thornwood Blvd,    Elyria, OH 44035-1620
cr           +CANDICA, L.L.C.,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
18593916      ARM/Premier Bankcard,    P.O. Box 129,    Thorofare, NJ 08086-0129
18593911     +Alliance 1,    4850 Street Rd Ste 300,    Trevose, PA 19053-6643
18593912     +Allianceone/EMH,    1684 Woodlands Dr Ste 15,    Maumee, OH 43537-4093
18593913     +Allied/LVNV,    P.O. Box 361774,    Columbus, OH 43236-1774
18593915      Apria Healthcare,    P.O. Box 536841,    Atlanta, GA 30353-6841
19424345     +Candica,LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
18593918     +Capital Mgmt Svcs./IDT,    726 Exchange St. #700,    Buffalo, NY 14210-1464
18593919     +Chase Receivables/TNB,    1247 Broadway,    Sonoma, CA 95476-7503
18829912     +Chrysler Financial Services Americas LLC,    c/o Shermeta, Adams & Von Allmen, P.C.,
               P.O. Box 80908,    Rochester Hills, MI 48308-0908
18593922     +Cit Bank/dfs,    12234 N Ih 35 Sb Bldg B,    Austin, TX 78753-1705
18593923      Cleveland Clinic Foundation,    P.O. Box 73662,    Cleveland, OH 44193-1278
18593924     +Community Health Partners,    3700 Kolbe Rd.,    Lorain, OH 44053-1611
18593926     +Drs. Russell Berkebile,    P.O. Box 385,    Lorain, OH 44052-0385
18669576     +EATON FAMILY CREDIT UNION,    C/O WELTMAN, WEINBERG & REIS,    323 W. LAKESIDE AVE., 2ND FL,
               CLEVELAND, OH 44113-1085
18593931      EMH Avon Emergency Care Center,    P.O. Box 634669,    Cincinnati, OH 45263-4669
18593932     +EMH Regional Healthcare System,    P.O. Box 931677,    Cleveland, OH 44193-1787
18640876     +EMH Regional Medical Center,    630 East River,    Elyria, OH 44035-5902
18593927     +Eastern Collection/BOMC,    P.O. Box 453,    Bohemia, NY 11716-0453
18593928     +Eaton Family Credit Un,    333 Babbitt Rd Ste 100,    Euclid, OH 44123-1636
18593929      Elyria ED-EMCLC,    P.O. Box 634669,    Cincinnati, OH 45263-4669
18593930     +Elyria Medical Center,    160 Cleveland St.,    Elyria, OH 44035-6155
18593934     +First Federal Cred/Elyria Ambulance,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5647
18593940      LabCorp,    P.O. Box 2240,    Burlington, NC 27216-2240
18593941      LifeCare Ambulance,    P.O. Box 1907,    Elyria, OH 44036-1907
18593942     +Lorain County Community College,    1005 Abbe Rd., N.,    Elyria, OH 44035-1691
18593945    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: Nco- Medclr,    Po Box 8547,    Philadelphia, PA 19101)
18593944     +NCO - Medclr,    1804 Washington Blvd., #450,    Baltimore, MD 21230-1700
18593946      NCO/Elyria ED,    P.O. Box 17095,    Wilmington, DE 19850-7095
18593947      NCOFN/Elyria FT,    P.O. Box 17095,    Wilmington, DE 19850-7095
18593943      National Credit Adj/Ace Cashe Exp,    P.O. Box 3023,    Hutchinson, KS 67504-3023
18593948     +Ohio Attorney General,    150 E. Gay St., 21st Floor,    Columbus, OH 43215-3191
18593949     +Ohio Auto Finance,    750 Cleveland St.,    Elyria, OH 44035-4142
18593950      Oxford Mgmt/IDT,    CS 9018,    Melville, NY 11747
18593951     +Park Place Early Learning Center,    524 Park Place,    Elyria, OH 44035-6134
18593952      Physicians Link Centers,    P.O. Box 634669,    Cleveland, OH 45263-4669
18593953     +Premier Phys/Bolden&Assoc,    P.O. Box 110712,    Cleveland, OH 44111-0712
18593954     +Premier Physicians Center,    P.O. Box 74692,    Cleveland, OH 44194-0775
18593955      Pyramed Healthcare,    P.O. Box 30,    Elyria, OH 44036-0030
18593956    ++REGIONAL INCOME TAX AGENCY,    PO BOX 470537,    ATTENTION LEGAL DEPARTMENT,
               BROADVIEW HEIGHTS OH 44147-0537
              (address filed with court: RITA,    P.O. Box 94951,    Cleveland, OH 44101-4951)
18646744     +RITA,    Po Box 470537,    Broadview Heights, Ohio 44147-0537,    Attn: Legal Dept.
18593957     +Superior Medical Care, Inc.,    5334 Meadow Lane Ct.,    Sheffield Village, OH 44035-1469
18627231     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
18593959      Timre Warner/Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
18593963    ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
              (address filed with court: Us Dept Of Education,    501 Bleecker St,    Utica, NY 13501)
18892051    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank, N.A.,    c/o U.S. Bank Home Mortgage,
               4801 Frederica Street,    Owensboro, KY 42301)
18593962     +US Bank Home Mortgage,    P.O. Box 5229,    Cincinnati, OH 45201-5229
18593961     +Us Bank Home Mortgage,    P.o. Box 20005,    Owensboro, KY 42304-0005
18593964     +Us Dept Of Education,    P.O. Box 5609,    Greenville, TX 75403-5609

The following entities were noticed by electronic transmission on Nov 04, 2010.
tr            EDI: QMASICHERMAN.COM Nov 04 2010 19:03:00     Marvin A Sicherman,
               1801 East 9th Street - Suite 1100,    Cleveland, OH 44114-3169
18949737      EDI: AIS.COM Nov 04 2010 19:03:00      AMERICAN INFOSOURCE LP AS AGENT FOR,    APRIA HEALTHCARE,
               PO Box 248838,    Oklahoma City, OK  73124-8838
18593910     +EDI: ACECASHEXPRESS.COM Nov 04 2010 19:03:00      Ace Cash Express,    223 N. Abbe Rd.,
               Elyria, OH 44035-3712
18593914     +E-mail/Text: pam@americandentalcenters.com                            American Dental Centers,
               6140 Parkland Blvd., #100,    Mayfield Hts., OH 44124-6106
18894508     +EDI: ACCE.COM Nov 04 2010 19:03:00      Asset Acceptance LLC,    Po Box 2036,
               Warren MI 48090-2036
18593917     +EDI: ACCE.COM Nov 04 2010 19:03:00      Asset Acceptance/Windstream,    Po Box 2036,
               Warren, MI 48090-2036
18593920      EDI: CHRYSLER.COM Nov 04 2010 19:03:00      Chrysler Financial,    5225 Crooks Rd Ste 140,
               Troy, MI 48098
18593921      EDI: CHRYSLER.COM Nov 04 2010 19:03:00      Chrysler Financial*,    PO Box 950,
               Chalfont, PA, 18914
18593925      EDI: RCSDELL.COM Nov 04 2010 19:03:00      Dell Financial Svcs,    P.O. Box 6403,
               Carol Stream, IL 60197-6403
```

```
The following entities were noticed by electronic transmission (continued)
18593935    +EDI: AMINFOFP.COM Nov 04 2010 19:03:00      First Premier Bank,   3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
18593936    +EDI: AMINFOFP.COM Nov 04 2010 19:03:00      First Premier Bank*,   PO Box 5524,
             Sioux Falls, SD 57117-5524
18593937    +EDI: RMSC.COM Nov 04 2010 19:03:00      Gemb/care Credit,   Po Box 981439,
             El Paso, TX 79998-1439
18593938    +EDI: RMSC.COM Nov 04 2010 19:03:00      Gemb/care Credit*,   P.O. Box 103106,
             Roswell, GA 30076-9106
18593939    +EDI: HFC.COM Nov 04 2010 19:03:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18933689     EDI: RESURGENT.COM Nov 04 2010 19:03:00      LVNV Funding LLC,   Resurgent Capital Services,
             PO Box 10587,   Greenville, SC 29603-0587
18716008    +E-mail/Text: bknotice@ncmllc.com                             National Capital Management, LLC.,
             8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
18710468     EDI: BLINE.COM Nov 04 2010 19:03:00      Roundup Funding, LLC,   MS 550,   PO Box 91121,
             Seattle, WA 98111-9221
18593958    +EDI: WTRRNBANK.COM Nov 04 2010 19:03:00      Target*,   PO Box 9475,   Minneapolis, MN 55440-9475
18593960    +EDI: WTRRNBANK.COM Nov 04 2010 19:03:00      Tnb - Target,   Po Box 673,
             Minneapolis, MN 55440-0673
                                                                                              TOTAL: 19

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           U.S. Bank, N.A.
18593933*    EMH Regional Healthcare System,   P.O. Box 931677,   Cleveland, OH 44193-1787
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2010**               **Signature:**       *Joseph Speetjens*